UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
S.R., *et al.*,

                              Plaintiffs,                   **25 Civ. No. 5732 (DEH) (GS)**

            -against-                          **RESCHEDULING ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Initial Case Management Conference hearing scheduled for **Thursday, December 4, 2025** is hereby adjourned to **Friday, December 5, 2025** at **11:00 a.m.** The parties are directed to appear using the Microsoft Teams meeting information listed on the Court's November 3, 2025 order (Dkt. No. 14).

      SO ORDERED.

DATED:    New York, New York
               November 4, 2025

                                                           _____
                                                            The Honorable Gary Stein
                                                             United States Magistrate Judge