Drohan Lee

Erika M. Calderon

T: (212) 710-0011

ecalderon@dlkny.com

November 26, 2025

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

     Re:    *S.R. et al v. N.Y.C. Dep't of Educ.,* 25-cv-05732 (DEH)(GS)

Dear Judge Stein,

     We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

     The parties write jointly to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on December 5, 2025, and the corresponding joint Proposed Case Management Plan and Scheduling Order ("CMP"). ECF No. 15. This is the parties' first request to adjourn the Conference and CMP. Defendant has reviewed the attorney billing and administrative records and intends to commence settlement negotiations within the next three weeks. In light of anticipated settlement discussions, the parties respectfully request additional time to explore the resolution of the attorneys' fees claim without burdening the Court's resources. The parties note that this matter involves no discovery and that liability is not in dispute.

     Accordingly, the parties respectfully request that the December 5, 2025, Conference and the submission of the CMP be adjourned *sine die*. Thank you for Your Honor's consideration of these requests.

              Respectfully Submitted,

              By: */s/ Erika M. Calderon*
              Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)

Application granted.  The Initial Pretrial Conference currently scheduled for December 5, 2025 is hereby adjourned sine die.  The parties shall submit a joint status letter, apprising the Court of updates on settlement discussions, by no later than January 9, 2026.

SO ORDERED.

Date:   New York, New York
        December 1, 2025

Gary Stein
United States Magistate Judge
Southern District of New York